Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorney for Defendant Las Vegas Grand Prix, Inc.*
*d/b/a Formula 1 Las Vegas Grand Prix*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

LATESHIA BUTLER, an individual,

Plaintiff,

vs.

INNOVATIVE SOLUTION ADVISORS, LLC d/b/a STADIUM PEOPLE, a Texas limited liability company; LAS VEGAS GRAND PRIX, INC. d/b/a GRAND PRIX PLAZA d/b/a FORMULA 1 LAS VEGAS GRAND PRIX, a Delaware corporation,

Defendants.

Case No.: 2:26-cv-02963-CDS-DJA

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

**(FIRST REQUEST)**

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Defendant Las Vegas Grand Prix, Inc. d/b/a Formula 1 Las Vegas Grand Prix ("Defendant") and Plaintiff Lateshia Butler ('Plaintiff"), by and through their counsels of record, hereby request and stipulate to extend the time for Defendant to respond to Plaintiff's Complaint ("Complaint"). (ECF No. 1.) Defendant's response to Plaintiff's Complaint was due October 14, 2026. Because Defense counsel has just been retained in this case, the parties have agreed to a seven (7) business day extension of time up to and including **October 23, 2026**, for Defendant to respond to the Complaint.



OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

Due to the need for each Party to review and approve the Stipulation prior to filing, the Stipulation was filed one day after the deadline. The brief delay was made in good faith and not intended to cause for purposes of delay. This is the parties' first request for an extension of time.

DATED this 19th day of October, 2026.

GREENBERG GROSS LLP

/s/ *Eric K. Lundy*

Matthew T. Hale
Nevada Bar No. 16880
Eric K. Lundy
Nevada Bar No. 16921
1980 Festival Plaza Drive, Suite 730
Las Vegas, NV 89135

*Attorneys for Plaintiff*

DATED this 19th day of October, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Anthony L. Martin*

Anthony L. Martin
Nevada Bar No. 8177
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135

*Attorney for Defendant Las Vegas Grand Prix, Inc. d/b/a Formula 1 Las Vegas Grand Prix*

**ORDER**

The Court notes that the parties have incorrectly labeled their stipulation as their "First Request" when it is actually their second. Nonetheless, the Court GRANTS the parties' stipulation. (ECF No 11).

IT IS SO ORDERED.



DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: October 20, 2026

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W Charleston Blvd
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800